**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. EDMOND CLARK, )<br>)<br>          Plaintiff, )<br>)<br>v. )<br>)<br>1. STATE OF OKLAHOMA, *ex rel.*, BOARD )<br>    OF REGENTS OF THE UNIVERSITY )<br>    OF OKLAHOMA, )<br>)<br>          Defendants. ) | Case No. CIV-15-45-C |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

**COMES NOW** the Plaintiff and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses his claims without prejudice.

**RESPECTFULLY SUBMITTED THIS 25th DAY OF FEBRUARY, 2015.**

s/ Amber L. Hurst
Amber L. Hurst, OBA No. 21231
HAMMONS, GOWENS & HURST
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: amberh@hammonslaw.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

A true copy of the foregoing was filed and served by use of this Court's ECF system of filing and service to the opposing counsel below listed on this 25th day of February, 2015.

Gus H. Buthman, OBA No. 22089
Eric A. Moen, OBA No. 31155
Office of Legal Counsel
University of Oklahoma
660 Parrington Oval, Suite 213
Norman, Oklahoma 73019
Telephone: (405) 325-2451
Facsimile: (405) 235-7681
*Counsel for Defendant*

s/ Amber L. Hurst